UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| B & D LAND AND LIVESTOCK, CO. ) | |
| ) | CASE NO. C07-3070 MWB |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | IN A CIVIL CASE |
| ED SCHAFER, Secretary, United States ) | |
| Department of Agriculture, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Hearing Officer's "final" determination as to t1653 is vacated it its entirety and the case is remanded for agency action in conformity with the court's judgment that the record does not support determinations that "wetlands" exist on Site 1 and Site 3 of t1653.

DATED: November 5  2008

Robert L. Phelps - Clerk

S/src
By: Deputy Clerk